1040

[No. 25434-8-III. Division Three. November 20, 2007.]

*In the Matter of the Guardianship of* MARY J. RIDDLE.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-4-00674-2, Joseph F. Valente, J. Pro Tem., entered July 18, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Stephens, JJ.

[No. 25698-7-III. Division Three. November 20, 2007.]

CRAIG M. SMITH ET AL., *Respondents*, v. RITZVILLE WAREHOUSE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 05-2-00151-9, Philip W. Borst, J., entered November 14, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Stephens, JJ.

[No. 25702-9-III. Division Three. November 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN RUSSELL STEWART, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-01117-5, Cameron Mitchell, J., entered November 16, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik and Stephens, JJ.

[No. 57875-8-I. Division One. November 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL CHRISTOPHER HOLMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14102-4, Julie A. Spector, J., entered March 15, 2006. *Affirmed* by unpublished per curiam opinion.